UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| David Krieger,<br><br>　　　　　Plaintiff,<br>v.<br><br>Guglielmo & Associates, PLLC; and DOES 1-10, inclusive,<br><br>　　　　　Defendant. | Civil Action No.: _____<br><br><br><br>COMPLAINT |

For this Complaint, the Plaintiff, David Krieger, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendants' repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA") by the Defendant and its agents in their illegal efforts to collect a consumer debt.

2. Supplemental jurisdiction exists pursuant to 28 U.S.C. § 1367.

3. Venue is proper in the U.S. District Court for the District of Nevada pursuant to 28 U.S.C. § 1391(b), as Defendant transacts business in the State of Nevada.

## PARTIES

4. The Plaintiff, David Krieger ("Plaintiff"), is an adult individual residing in Las Vegas, Nevada, and is a "consumer" as the term is defined by 15 U.S.C. § 1692a(3).

5. Defendant Guglielmo & Associates, PLLC ("Guglielmo"), is an Arizona business entity with an address of 3040 N. Campbell Ave., Suite 100, Tucson, Arizona 85719, operating as a collection agency, and is a "debt collector" as the term is defined by 15 U.S.C. § 1692a(6).

6. Does 1-10 (the "Collectors") are individual collectors employed by Guglielmo and whose identities are currently unknown to the Plaintiff. One or more of the Collectors may be joined as parties once their identities are disclosed through discovery.

7. Guglielmo at all times acted by and through one or more of the Collectors.

## ALLEGATIONS APPLICABLE TO ALL COUNTS

### A. The Debt

8. A financial obligation (the "Debt") was allegedly incurred to Discover Bank (the "Creditor").

9. The Debt arose from services provided by the Creditor which were primarily for family, personal or household purposes and which meets the definition of a "debt" under 15 U.S.C. §1692a(5).

10. The Debt was paid in full in by Plaintiff no later than December 2010.

11. However, at some thereafter, the Debt was purchased, assigned or transferred to Guglielmo for collection, or Guglielmo was employed by the Creditor to collect the Debt.

12. The Defendants attempted to collect the Debt and, as such, engaged in "communications" as defined in 15 U.S.C. §1692a(2).

13. Within the last year, Guglielmo contacted Plaintiff in an attempt to collect the Debt. Specifically, on or about December 5, 2012, Guglielmo mailed a dunning letter to Plaintiff to collect an amount of $5,775.83 allegedly owed to "Discover Bank" (the "Letter").

14. At the time the Letter was sent, Plaintiff did now owe the Debt to Creditor.

15. Notwithstanding that no debt was owed, Guglielmo attempted to collect the Debt and threatened "collection activity until…the Balance Due or Settlement Amount is paid."

16. As stated above, Plaintiff did not have an outstanding financial obligation owed to the

2

Creditor at the time the Letter was sent and Guglielmo has violated Plaintiff's rights.

**B. Plaintiff Suffered Actual Damages**

17. The Plaintiff has suffered and continues to suffer actual damages as a result of the Defendants' unlawful conduct.

18. As a direct consequence of the Defendants' acts, practices and conduct, the Plaintiff suffered and continues to suffer from humiliation, anger, anxiety, emotional distress, fear, frustration and embarrassment.

## COUNT I
## VIOLATIONS OF THE FDCPA -15 U.S.C. § 1692, et seq.

19. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

20. The Defendants' conduct violated 15 U.S.C. §1692f(1) in that Defendants attempted to collect an amount from Plaintiff not authorized by the agreement creating the Debt.

21. The Plaintiff is entitled to damages as a result of Defendants' violations.

22. The Plaintiff has been required to retain the undersigned counsel to protect his legal rights to prosecute this cause of action, and is therefore entitled to an award or reasonable attorneys' fees plus costs incurred.

**PRAYER FOR RELIEF WHEREFORE**, the Plaintiff prays that judgment be entered against the Defendants awarding the Plaintiff:

1. Actual damages including, but not limited to, the emotional distress the Plaintiff has suffered (and continues to suffer) as a result of the intentional, reckless, and/or negligent FDCPA violations;

2. Statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A);

3. Punitive damages; and

4.      Such other and further relief that the Court may deem just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: December 16, 2012

                                                 Respectfully submitted,

                                                 <u>/s/ George Haines, Esq.</u>
                                                 George Haines, Esq.
                                                 Nevada Bar No. 9411
                                                 HAINES & KRIEGER, LLC
                                                 5041 N. Rainbow Blvd.
                                                 Las Vegas, Nevada 89130
                                                 *Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| David Krieger,<br><br>                    Plaintiff,<br>v.<br><br>Guglielmo & Associates, PLLC; and DOES 1-10, inclusive,<br>                    Defendant. | Civil Action No.: _____ |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3, David Krieger who is Plaintiff, makes the following disclosure:

1. The party is not a publicly held corporation or other publicly held entity.

2. The party does not have a parent corporation.

3. There is no 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity.

4. There is no any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation.

5. The party is not a trade association.

…

…

…

…

…

6. The case does not arise out of a bankruptcy proceeding.

Dated: December 16, 2012

                                  Respectfully submitted,

                                  By __/s/ George Haines, Esq.__

                                        George Haines, Esq.
                                        Nevada Bar No. 9411
                                        HAINES & KRIEGER, LLC
                                        5041 N. Rainbow Blvd.
                                        Las Vegas, Nevada 89130
                                        Phone: (702) 880-5554
                                        FAX: (702) 967-6665
                                        Email: ghaines@hainesandkrieger.com

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| David Krieger | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| Guglielmo & Associates, PLLC; and DOES 1-10, inclusive, | ) | |
| *Defendants* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendants' name and address)*    Guglielmo & Associates, PLLC
3040 N. Campbell Ave., Suite 100
Tucson, Arizona 85719

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   George Haines, Esq.
   HAINES & KRIEGER, LLC
   5041 N. Rainbow Blvd.
   Las Vegas, Nevada 89130
   Phone: (702) 880-5554

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                          *Signature of Clerk or Deputy Clerk*

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
David Krieger

**DEFENDANTS**
Guglielmo & Associates, PLLC

**(b)** County of Residence of First Listed Plaintiff: County of Clark
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: State of Arizona
(EXCEPT IN U.S. PLAINTIFF CASES)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
George Haines, Esq., Haines & Krieger, LLC, 5041 N. Rainbow Blvd., Las Vegas, Nevada 89130. PH: 702-880-5554 x 222; email ghaines@hainesandkrieger.com

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ❏ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ❏ 2 U.S. Government Defendant
- ❏ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated or Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated and Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❏ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ❏ 610 Agriculture | ❏ 422 Appeal 28 USC 158 | ❏ 400 State Reapportionment |
| ❏ 120 Marine | ❏ 310 Airplane / ❏ 362 Personal Injury - Med. Malpractice | ❏ 620 Other Food & Drug | ❏ 423 Withdrawal 28 USC 157 | ❏ 410 Antitrust |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 625 Drug Related Seizure of Property 21 USC 881 |  | ❏ 430 Banks and Banking |
| ❏ 140 Negotiable Instrument |  | ❏ 365 Personal Injury - Product Liability |  | ❏ 450 Commerce |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 320 Assault, Libel & Slander |  | **PROPERTY RIGHTS** | ❏ 460 Deportation |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers' Liability | ❏ 368 Asbestos Personal Injury Product Liability | ❏ 820 Copyrights | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ❏ 340 Marine | ❏ 630 Liquor Laws | ❏ 830 Patent | ☒ 480 Consumer Credit |
|  |  | ❏ 640 R.R. & Truck | ❏ 840 Trademark | ❏ 490 Cable/Sat TV |
|  | ❏ 345 Marine Product Liability | ❏ 650 Airline Regs. |  | ❏ 810 Selective Service |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits |  | PERSONAL PROPERTY ❏ 660 Occupational Safety/Health |  | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 160 Stockholders' Suits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | **LABOR** |  |
| ❏ 190 Other Contract | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending ❏ 380 Other Personal Property Damage | ❏ 710 Fair Labor Standards Act | **SOCIAL SECURITY** |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal Injury | ❏ 690 Other | ❏ 720 Labor/Mgmt. Relations | ❏ 861 HIA (1395ff) |
| ❏ 196 Franchise |  | ❏ 385 Property Damage Product Liability | ❏ 730 Labor/Mgmt.Reporting & Disclosure Act | ❏ 862 Black Lung (923) ❏ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 740 Railway Labor Act | ❏ 863 DIWC/DIWW (405(g)) ❏ 890 Other Statutory Actions |
| ❏ 210 Land Condemnation | ❏ 441 Voting | ❏ 510 Motions to Vacate Sentence Habeas Corpus: | ❏ 790 Other Labor Litigation | ❏ 864 SSID Title XVI ❏ 891 Agricultural Acts |
| ❏ 220 Foreclosure | ❏ 442 Employment |  | ❏ 791 Empl. Ret. Inc. Security Act | ❏ 865 RSI (405(g)) 892 Economic Stabilization Act |
| ❏ 230 Rent Lease & Ejectment | ❏ 443 Housing/ Accommodations |  |  | **FEDERAL TAX SUITS** ❏ 893 Environmental Matters |
| ❏ 240 Torts to Land | ❏ 444 Welfare | ❏ 530 General | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) ❏ 894 Energy Allocation Act |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | ❏ 871 IRS—Third Party 26 USC 7609 ❏ 895 Freedom of Information Act |
| ❏ 290 All Other Real Property |  | ❏ 540 Mandamus & Other | ❏ 462 Naturalization Application |  |
|  | ❏ 446 Amer. w/Disabilities - Other | ❏ 550 Civil Rights 555 Prison Condition | ❏ 463 Habeas Corpus - Alien Detainee | ❏ 900 Appeal of Fee Determination Under Equal Access to Justice |
|  | ❏ 440 Other Civil Rights |  | ❏ 465 Other Immigration Actions | ❏ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ❏ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from another district (specify)
- ❏ 6 Multidistrict Litigation
- ❏ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 1692
Brief description of cause:
Violations of the Fair Debt Collection Practices Act

## VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** 10,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes  ❏ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: December 12, 2012
SIGNATURE OF ATTORNEY OF RECORD: /s/ George Haines, Esq.

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDG _____