# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID KRIEGER, | |
| Plaintiff, | Case No. 2:12-cv-02151-JCM-GWF |
| vs. | **ORDER** |
| GUGLIELMO & ASSOCIATES, PPLC, | |
| Defendant. | |

This matter is before the Court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint (#1) in this matter was filed December 18, 2012. LR 7.1-1 requires that counsel for private parties shall, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have an interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. To date, Plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** that Plaintiff shall file his Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **January 14, 2013.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 3rd day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge