**GUGLIELMO & ASSOCIATES**
Lynsey A. Williams, Esq.
Nevada Bar No. 12302
415 South Sixth Street, Suite 304
Las Vegas, NV  89101
(702) 889-6009
LWilliams@guglielmolaw.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| David Krieger, | ) |
| | ) Case No.: 2:12-cv-02151-JCM-GWF |
| Plaintiff, | ) Dept No.: |
| v. | ) |
| | ) **ANSWER TO COMPLAINT** |
| Guglielmo & Associates, PLLC; and | ) |
| DOES 1-10, inclusive, | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

COMES NOW, Defendant, Guglielmo & Associates, PLLC, by and through undersigned counsel and hereby answers Plaintiff's Complaint on file herein as follows:

1. Defendant admits the allegations contained in Paragraphs 2 and 3 of Plaintiff's Complaint.

2. Defendant denies the allegations contained in Paragraphs 1, 4, 6, 7, 8, 9, 11, 12, 13, 14, 15, 16, 17, 18, 20, 21, and 22 of Plaintiff's Complaint.

/ / /

Summary of Pleading - 1

3. With respect to Paragraph 19, Defendant re-alleges and incorporates each denial or admittance contained in the preceding paragraphs as though fully set forth therein.

4. As to Paragraph 5 of Plaintiff's Complaint, Defendant admits Guglielmo & Associates is a law firm, of which its primary business is collection for creditors, but denies the remaining allegations in this Paragraph.

5. As to Paragraph 10, Defendant denies the debt was paid in full by Plaintiff at any time.

6. Defendant's deny allegations 1-4 contained in Plaintiff's Prayer for Relief.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

By its own inactions and conduct, Plaintiff has waived and is stopped from asserting any claims against Defendant for sums and damages alleged in its Complaint.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred based on the doctrine of laches.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff has failed to take actions appropriate or required to mitigate any damages suffered by Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations.

DATED this 28th day of March, 2013.

>                    GUGLIELMO & ASSOCIATES
>
>                    _____
>                    Lynsey A. Williams, Esq.
>                    Nevada Bar No. 12302
>                    415 South Sixth Street, Suite 304
>                    Las Vegas, NV  89101
>                    (702)889-6009
>                    *Attorney for Defendant*

### **CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Guglielmo & Associates, and that on this 28th day of March 2013, I served the foregoing Answer by depositing a true copy thereof into the U.S. Mails, postage prepaid and addressed to the following at their last known addresses:

George Haines, Esq.
5041 N. Rainbow Blvd
Las Vegas, NV  89130

>                    _____
>                    Employee of Guglielmo & Associates