George Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
5041 N. Rainbow Blvd.
Las Vegas, Nevada 89130
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: Ghaines@hainesandkrieger.com

## IN THE UNITED STATES DISCTRICT COURT
## FOR THE DISTRICT OF NEVADA

DAVID KRIEGER,

        Plaintiff,

v.

GUGLIELMO & ASSOCIATES, PLLC; and DOES 1-10, inclusive,

        Defendant.

Case No. 2:12-cv-02151-JCM-GWF

**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE**

### STIPULATION

Plaintiff DAVID KRIEGER and GUGLIELMO & ASSOCIATES, PLLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2). The parties hereby agree:

1. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit ; and

...

...

...

...

...

2. Discover Bank through Guglielmo & Associates, PLLC hereby agrees to close Plaintiff's account ending in 5534.

Dated:          April 4, 2013

By: _____
George Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
5041 N. Rainbow Blvd.
Las Vegas, Nevada 89130
*Attorney for Plaintiff*

By: _____
Lynsey A. Williams, Esq., Esq.
Guglielmo & Associates
415 South Sixth Street  Suite 304
Las Vegas, NV 89101
*Attorney for Defendant*

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: _____