George Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
5041 N. Rainbow Blvd.
Las Vegas, Nevada 89130
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: Ghaines@hainesandkrieger.com

# IN THE UNITED STATES DISCTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAVID KRIEGER, <br><br> Plaintiff, <br><br> v. <br><br> GUGLIELMO & ASSOCIATES, PLLC; and DOES 1-10, inclusive, <br><br> Defendant. | Case No. 2:12-cv-02151-JCM-GWF <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

## STIPULATION

Plaintiff DAVID KRIEGER and GUGLIELMO & ASSOCIATES, PLLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2). The parties hereby agree:

1. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit ; and

…

…

…

…

…

2. Discover Bank through Guglielmo & Associates, PLLC hereby agrees to close Plaintiff's account ending in 5534.

Dated:          April 4, 2013

| By: _____ | By: _____ |
|---|---|
| George Haines, Esq.<br>Nevada Bar No. 9411<br>HAINES & KRIEGER, LLC<br>5041 N. Rainbow Blvd.<br>Las Vegas, Nevada 89130<br>*Attorney for Plaintiff* | Lynsey A. Williams, Esq., Esq.<br>Guglielmo & Associates<br>415 South Sixth Street  Suite 304<br>Las Vegas, NV 89101<br>*Attorney for Defendant* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: April 24, 2013